In the Matter of the Alleged Delinquency of James Russell Teague, a Minor.

People of the State of Illinois, Petitioners-Appellees, v. James Russell Teague, et al., Respondents-Appellants.

Gen. No. 50,899. (Abstract of Decision.)

First District, Second Division.

November 15, 1966.

Garretson and Thornquist, of Chicago (James L. Garretson and Ruth Thornquist, of counsel), for appellants; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Joel M. Flaum and James B. Klein, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.